UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:26-CV-20806-WPD

KANIKA AVERY,
CLAUDETTE WELLS,
And KILOLO BOYD,

    Plaintiff(s),

vs.

NCL (BAHAMAS) LTD., A BERMUDA
COMPANY, foreign profit corporation,

    Defendant.
_____/

## NOTICE OF FILING RETURN OF SERVICE

    COME NOW, the Plaintiffs, KANIKA AVERY, CLAUDETTE WELLS and KILOLO BOYD, by and through undersigned counsel, respectfully submits this Notice of Filing Return of Service in a Civil Action, and pursuant to the Local Rules.

Respectfully submitted,

David F. Baron, Esquire
*Attorney for Plaintiff*
BARON HERSKOWITZ & COHEN
One Datran Center, Suite 1704
9100 South Dadeland Boulevard
Miami, Florida 33156
Tel: (305) 670-0101/Fax: (305) 670-2393
Primary E-Mail:    David@bhfloridalaw.com
Secondary E-Mail:    Carolina@bhfloridalaw.com
By:   /s/ David F. Baron
DAVID F. BARON, ESQUIRE
Florida Bar No.: 297089

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on this 9 day of February, 2026.

/s/David F. Baron
DAVID F. BARON, ESQUIRE
Florida Bar No.: 297089