## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of Miami-Dade | District Court |

Case Number: 1:26-CV-20806-WPD

Plaintiff: **KANIKA AVERY, KILOLO BOYD, and CLAUDETTE WELLS**
vs.
Defendant: **NCL (BAHAMAS) LTD.**

For:
David F. Baron, Esq.
Law Office Of Baron & Herskowitz
9100 South Dadeland Boulevard
One Datran Center, PH-1, Suite 1704
Miami, FL 33156

Received by Quick Response Process Serving on the 6th day of February, 2026 at 3:11 pm to be served on **NCL (BAHAMAS) LTD. By Serving: Daniel S. Farkas, Esq., 7665 Corporate Center Drive, Miami, Miami-Dade County, FL 33126**.

I, Alejandro Del Calvo, do hereby affirm that on the **9th day of February, 2026** at **11:28 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Civil Cover Sheet and Complaint And Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Malena Del Gado** as **Legal Assistant** for **NCL (BAHAMAS) LTD.**, at the alternate address of: **7300 Corporate Center Drive, Miami, Miami-Dade County, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/9/2026  10:55 am  Attempted service at 7665 Corporate Center Drive , Spoke with an Security who stated that all documents must be taken to 7300 Corporate Center Drive.

I certify that I am over the age of 18 and have no interest in the above action " Under penalty of perjury I declare that I have read the foregoing document and that the facts stated in it are true." NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_____
**Alejandro Del Calvo**
Process Server #1838

**Quick Response Process Serving**
1421 S.W. 107 Avenue
# 183
Miami, FL 33174
**(305) 859-9550**

Our Job Serial Number: QRP-2026000210

